WOODWARD v. SCHAEFER.

(Supreme Court, Appellate Term.   December 7, 1904.)

1. BANKRUPTCY—JUDGMENT AGAINST BANKRUPT—CANCELLATION.
     Where, on a motion by one discharged in bankruptcy, to cancel a judgment against her after her discharge, it appeared from the affidavit of the creditor that his claim had not been included in the schedule in the bankruptcy proceedings, and the schedule was not produced, a denial of the motion was proper.

Appeal from City Court of New York, Special Term.

Action by Charles H. Woodward against Anna Schaefer. Appeal by defendant from an order of the City Court in favor of plaintiff denying defendant's motion to cancel a judgment against her after her discharge in bankruptcy.   Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and GILDERSLEEVE, JJ.

A. J. Westermayr, for appellant.
Ford & Tuttle, for respondent.

PER CURIAM.   Upon the affidavit of the opposing creditor and the nonproduction of the debtor's schedules in the bankruptcy proceedings the denial of the motion for the discharge of the judgment may well be sustained under the decisions of Columbia Bank v. Birkett, 174 N. Y. 112, 66 N. E. 652; Tyrrel v. Hammerstein, 33 Misc. Rep. 506, 67 N. Y. Supp. 717; Sutherland v. Lasher, 41 Misc. Rep. 249, 84 N. Y. Supp. 56, affirmed 87 App. Div. 633, 84 N. Y. Supp. 1148; Bernheim v. Bloch (decided by the present term of this court) 91 N. Y. Supp. 40.

Order affirmed, with costs and disbursements.